UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID LAWRENCE,

    Plaintiff,

v.                                          CASE NO: 8:10-cv-621-T-23AEP

S & P TOWING, INC., and HAROLD
BERGNER,

    Defendants.
_____/

## **ORDER**

The plaintiff sues (Doc. 1) his former employer for, among other claims, the recovery of overtime compensation due under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (the "FLSA"). An April 26, 2010, order (Doc. 6) strikes the plaintiff's notice of voluntary dismissal with prejudice (Doc. 5) and orders the plaintiff to move for approval of the settlement agreement. The plaintiff moves (Doc. 7) for approval of the settlement agreement and states that "Plaintiff agreed to reduce his damage claim in exchange for Defendants agreeing to pay liquidated damages. Pursuant to the settlement, Plaintiff is receiving $1,750.00 in compensation. The Parties also exchanged mutual general releases and confidentiality provisions." The settlement (Doc. 7-1) contains both a confidentiality and a "non-disparagement" agreement.

Because the proposed settlement contravenes FLSA and other policy (see Dees v. Hydradry, Inc., __ F. Supp. 2d __, 2010 WL 1539813 (M.D. Fla. Apr. 16, 2010)), the motion for approval (Doc. 7) is **DENIED** and the settlement agreement (Doc. 7-1) is

**REJECTED**. No later than **May 14, 2010**, the plaintiff must either move for approval of a settlement agreement that complies with the law or file a proof of service and proceed with prosecuting this action.

ORDERED in Tampa, Florida, on May 3, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE