UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID LAWRENCE,

    Plaintiff,

v.                                          CASE NO: 8:10-cv-621-T-23AEP

S & P TOWING, INC., and HAROLD
BERGNER,

    Defendants.
_____/

## **ORDER**

The plaintiff sues (Doc. 1) his former employer for unpaid minimum wage and overtime compensation due under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (the "FLSA"). A May 3, 2010, order (Doc. 9) denies the plaintiff's motion for approval of the settlement agreement and directs the plaintiff to either file an amended settlement agreement or proceed with prosecuting this action. The plaintiff again moves (Doc. 9) for approval.

The plaintiff worked as a "battery service driver" for the defendants, and alleges that the defendants failed to pay the plaintiff $525.96 in minimum wage compensation and $3,013.94 in overtime compensation. The defendants argued that the FLSA's "commission exemption" applied to the plaintiff. See 28 U.S.C. § 207(i). The plaintiff "concedes that [d]efendants had an arguable claim for a 7(i) exemption to overtime compensation . . . but maintains that he would ultimately be entitled to overtime compensation and minimum wage compensation." The parties compromised, and the

defendants agreed to pay the plaintiff $875.00 in overtime compensation, $875.00 in liquidated damages, and $3,250.00 in attorney's fees. The parties removed from the settlement agreement both a "non-disparagement" and a confidentiality provision.

The motion (Doc. 9) is **GRANTED** and the settlement (Doc. 9-1) is **APPROVED** as a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982); Dees v. Hydradry, Inc., __ F. Supp. 2d __, 2010 WL 1539813 (M.D. Fla. Apr. 19, 2010). Pursuant to Rule 41(a), Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on May 14, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE